UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **VIOLET A. DEGNER**, | Case No. 3:16-cv-00168-KI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **NANCY A. BERRYHILL**,[1] | |
| Commissioner of Social Security, | |
| Defendant. | |

George J. Wall
Law Offices of George J. Wall
1336 E. Burnside Street, Suite 130
Portland, OR 97214

    Attorney for Plaintiff

Billy J. Williams
United States Attorney
District of Oregon

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.

PAGE - 1   JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902

Daphne Banay
Special Assistant United States Attorney
Office of General Council
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075

       Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

**IT IS SO ORDERED**.

DATED this  22nd  day of February, 2017.

                                  /s/ Garr M. King
                                  Garr M. King
                                  United States District Judge